ORIGINAL

FILED

12/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0404

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0404

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CIMMARON STEVEN DRENNAN,

Defendant and Appellant.

FILED

DEC 13 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant Cimmaron Steven Drennan has appealed from the June 16, 2021 Judgment and Commitment of the First Judicial District Court, Lewis and Clark County, in its Cause No. BDC-20-216. The parties, by and through their respective counsel, now stipulate and jointly move for an order dismissing this appeal and remanding this matter to the District Court.

The parties assert that remand is warranted because the court included certain fees in the written judgment that were not imposed during the oral pronouncement of sentence. The parties assert that the Judgment and Commitment imposes two $20 fees pursuant to § 46-18-236(1)(b), MCA, two $50 fees pursuant to § 46-18-236(1)(c), MCA, and a $10 fee pursuant to § 3-1-317, MCA, that were not orally pronounced. The court's oral pronouncement controls over the written judgment. *State v. Lane*, 1998 MT 76, ¶¶ 40, 48, 288 Mont. 286, 957 P.2d 9.

The parties have stipulated and jointly moved that this Court remand this matter to the District Court with instructions to strike these fees from the written judgment in this matter.

Based on the parties' stipulation, and good cause appearing,

IT IS ORDERED that this case is REMANDED to the First Judicial District Court, Lewis and Clark County, with instructions for the District Court to amend its Judgment to conform with its oral pronouncement, as set forth above.

IT IS ORDERED that this appeal is DISMISSED WITH PREJUDICE.

IT IS ORDERED that REMITTITUR shall issue IMMEDIATELY UPON REMAND.

The Clerk is directed to provide copies of this Order to all counsel of record and to presiding judge Honorable Michael F. McMahon.

Dated this 13 day of December, 2022.

_____

_____

_____

_____

_____
                                               Justices